**Order entered January 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00547-CR

### DOMINGO C ARREDONDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80313-2017**

## ORDER

Before the Court is appellant's January 9, 2019 motion for an extension of time to file his brief tendered with the motion. By order entered December 11, 2019, the Court extended the time to file appellant's brief until January 11, 2019. Thus, the brief was timely filed on January 9, 2019. Appellant's motion is **DENIED AS MOOT**.

/s/      BILL PEDERSEN, III
         JUSTICE